UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY BRAY,

                Plaintiff,

  v.

UNIVERSITY OF WASHINGTON, et al.,

                Defendants.

Case No. C13-540-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 29th day of March, 2013.

                                       /s/ _____
                                       BRIAN A. TSUCHIDA
                                       United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1