Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY BRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>    Defendants. | CASE NO. C13-540RAJ<br><br>ORDER |

This matter comes before the court *sua sponte*. Plaintiff's description of the cause of action is "stealing money from my mastercard." Dkt. # 1-3. He has not alleged any basis for subject matter jurisdiction in federal court. Dkt. # 4. Plaintiff is ORDERED to SHOW CAUSE within twenty (20) days of this order why this case should not be dismissed for lack of subject matter jurisdiction.

DATED this 5th day of June, 2013.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1