Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY BRAY, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, et al., <br><br> Defendants. | No. C13-540 RAJ <br><br> ORDER OF DISMISSAL |

On June 5, 2013, the Court entered an order requiring Plaintiff to show cause within twenty (20) days why this case should not be dismissed for lack of subject matter jurisdiction (Dkt. #8). As there has been no response from Plaintiff, this matter is DISMISSED without prejudice.

DATED this 1st day of July, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER –  2